No. 748. STEAMER "SPOKANE", HER ENGINES, ETC. *v.* CHARLES STEINER ET AL. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ray M. Stanley* for petitioner. *Mr. Joseph A. Wechter* for respondents.

No. 749. WILL AVERY *v.* UNITED STATES. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. Cooper* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 754. WILLIAM GILLESPIE ET AL., DOING BUSINESS AS GILLESPIE BROTHERS & COMPANY, *v.* J. ARON & COMPANY, INC. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George F. Canfield* and *Mr. R. Randolph Hicks* for petitioners. *Mr. Cletus Keating, Mr. John M. Woolsey* and *Mr. Theodore M. Hequembourg* for respondent.

No. 755. ROLLIN ABELL *v.* GENERAL MOTORS CORPORATION. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John L. Hall* and *Mr. Charles P. Curtis, Jr.,* for petitioner. *Mr. John Thomas Smith* and *Mr. Weld A. Rollins* for respondent.

No. 756. ARTHUR A. KEMP, ADMINISTRATOR, ETC. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY. February 25, 1924. Petition for a writ of cer-